UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0241 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

On September 10, 2018, plaintiff filed objections to the May 10, 2018, findings and recommendations. This civil rights action was closed on June 7, 2018. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1